UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BANK OF WHITMAN, <br><br> Plaintiff, <br><br> vs. <br><br> U.S. BANK NATIONAL ASSOCIATION, U.S. BANCORP and GEORGE TILLEY and JEANNETTE TILLEY, husband and wife, <br><br> Defendants. | NO. CV-04-108-JLQ <br><br> ORDER RE: JUDGMENT OF DISMISSAL WITH PREJUDICE AND CLOSING FILE |

The parties agreed to a compromise and settlement in a settlement conference conducted by Magistrate Judge Imbrogno on April 21, 2005. At that time, the court entered an order closing file, but provided that the parties could file settlement documents as necessary. (Ct. Rec. 54). The parties have now filed a stipulated motion for dismissal with prejudice and without attorney's fees or costs to either party.(Ct. Rec.55).

**IT IS HEREBY ORDERED:**

1. The parties' stipulated motion (Ct. Rec. 55) is **GRANTED**. This action is dismissed **with prejudice** and without attorney's fees or costs to either party.

2. The Clerk of the court shall enter Judgment of dismissal with prejudice.

**IT IS SO ORDERED**. The Clerk is hereby directed to enter this Order and Judgment, furnish copies to counsel, and close the file.

**DATED** this 9th day of June, 2005.


s/ Justin L. Quackenbush
JUSTIN L. QUACKENBUSH
SENIOR UNITED STATES DISTRICT JUDGE

ORDER - 1